UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

IN RE LEAH N BARAN           \*           Case No. 19-15787-NVA

    Debtor(s)                   \*           Chapter 7

                                         \*

## MOTION TO VACATE DISCHARGE AND CONVERT TO CHAPTER 13

THE DEBTOR, Leah N. Baran, by and through the undersigned counsel, hereby moves for an order VACATING the discharge as improvidently entered and to convert the case to Chapter 13:

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This motion is a core proceeding under 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. The Debtor filed the case on April 29, 2019.

3. The Debtor has assets – namely a family home which she co-owns with her husband.

4. The husband and non-filing co-Debtor was relocated to Florida and the Debtors were in the middle of a sale of their family home when she filed her Petition.

5. It became clear that the matter needed to be converted to Chapter 13, however, counsel inadvertently failed to timely file the motion to convert and the discharge was entered by the clerk.

6..     During this time counsel has been suffering from medical concerns, including a severe fall resulting in a concussion and temporary loss of feeling in his arms and complications relating thereto.

7.     As a result, the motion to vacate and convert was shelved. Counsel has discussed some of the issues with the standing chapter 7 trustee, Mr. Guttman and again counsel humbly regrets the delay in timely administration of this matter.

8.     Thankfully, counsel is on the mend and this matter needs to be addressed and converted further administration.

WHEREFORE, the Debtor prays for an Order VACATING the Discharge and Converting the Case to Chapter 13.

March 2, 2020

 /s/  John P. Roberts
John P. Roberts, Bar No. 17578
The John Roberts Law Firm, PC
348 Thompson Creek Mall #212
Stevensville, MD 21666
202-350-0336 (o)
443-703-7268 (f)
john@johnrobertsesq.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2020, a copy of **MOTION TO VACATE DISCHARGE AND CONVERT TO CHAPTER 13** was served upon the following party or parties either electronically via the court's ECF:

Zvi Guttman,  Ch 7 Trustee

 /s/  John P. Roberts
John P. Roberts, Bar No. 17578

The John Roberts Law Firm, PC
348 Thompson Creek Mall #212
Stevensville, MD 21666
202-350-0336 (o)
443-703-7268 (f)
john@johnrobertsesq.com

3